CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CHRISTIAN MONTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN MONTERO,<br><br>Defendant. | Case No.: 2:23-cr-196 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING DISPOSITION HEARING<br><br>DATE:   July 9, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Raymundo Cardenas, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Christian Montero, that the disposition hearing currently scheduled for July 9, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on August 6, 2024, at 9:30 a.m.  The defense requires additional time to gather information for the Court's consideration relating to disposition conditions.

DATED:   July 8, 2024        /S/   Raymundo Cardenas
                             PHILLIP TALBERT
                             by RAYMUNDO CARDENAS
                             Attorney for Plaintiff

DATED:   July 8, 2024        /S/   Clemente M. Jiménez
                             CLEMENTE M. JIMÉNEZ
                             Attorney for Christian Montero

07/08/24

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the dispositional hearing in the above-entitled matter, scheduled for July 9, 2024, at 9:30 a.m., is vacated and the matter continued to August 6, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 8, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

07/08/24